James H. Wilkins, #116364
Alyson A. Berg, #184795
WILKINS, DROLSHAGEN & CZESHINSKI LLP
7050 N. Fresno Street, Suite 204
Fresno, CA 93720
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant, CLARENDON AMERICA
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| SIERRA FOOTHILLS PUBLIC UTILITY DISTRICT,<br><br>     Plaintiff,<br><br>     v.<br><br>CLARENDON AMERICA INSURANCE COMPANY, and DOES 1 through 100, inclusive,<br><br>     Defendants. | CASE NO. 1:05-CV-00736-REC-LJO<br><br>**Date:      August 15, 2005**<br>**Time:      1:30 p.m.**<br>**Crtrm:    1**<br>**Judge:    Hon. Robert E. Coyle**<br><br>**STIPULATION REGARDING CHANGE OF HEARING DATE ON MOTION TO DISMISS** |

Defendant, CLARENDON AMERICAN INSURANCE COMPANY by and through its respective counsel of record, Wilkins, Drolshagen & Czeshinski LLP and Plaintiff SIERRA FOOTHILLS PUBLIC UTILITY DISTRICT by and through its respective counsel of record, McCormick, Barstow, Sheppard, Wayte & Carruth, hereby agree as follows:

1.     CLARENDON AMERICAN INSURANCE COMPANY's Motion on Hearing to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted and in the Alternative for More Definite Statement currently scheduled to be heard on July 11, 2005 will be heard on August 15, 2005, 1:30 p.m. in Courtroom 1.

/ / /

Dated: June 29, 2005.

          WILKINS, DROLSHAGEN & CZESHINSKI LLP


By    /s/ Alyson A. Berg
          Alyson A. Berg
Attorneys for Defendant CLARENDON AMERICA
INSURANCE COMPANY


Dated: June 29, 2005.       McCORMICK, BARSTOW, SHEPPARD,
                                     WAYTE & CARRUTH


By    /s/ Anthony L. Osborn (for)
          James P. Wagoner
Attorneys for Plaintiff SIERRA FOOTHILLS PUBLIC
UTILITY DISTRICT

## **ORDER**

GOOD CAUSE APPEARING, it is ordered that CLARENDON AMERICA INSURANCE COMPANY'S Motion To Dismiss be continued to August 15, 2005.


Dated: July 1, 2005.        /S/ROBERT E. COYLE
                               Honorable Robert E. Coyle
                               Judge of the United States District Court

G:\docs\LLucas\PROPOSED ORDERS\05-736.wpd

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
7050 N. Fresno Street,
Suite 204
Fresno, CA 93720

Stipulation Regarding Change of Hearing Date on Motion to Dismiss     - 3 -