# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA FOOTHILLS PUBLIC UTILITY DISTRICT,<br><br>           Plaintiff,<br><br>    vs.<br><br>CLARENDON AMERICA INSURANCE COMPANY,<br><br>           Defendant.<br>_____/ | CASE NO. CV-F-05-0736 REC LJO<br><br>**ORDER ON CONFIDENTIALITY OF POST-SETTLEMENT DISCUSSIONS** |

This Court conducted a settlement conference on November 18, 2005. Plaintiff Sierra Foothills Public Utility District ("Sierra Foothills") appeared by counsel James P. Wagoner and Anthony Osborne, McCormick, Barstow, Sheppard, Wayte & Carruth LLP. Defendant Clarendon America Insurance Company ("Clarendon") appeared by counsel James Wilkins, Wilkins, Drolshagen & Czenhinski LLP. A special appearance was made by counsel James Betts, Betts & Wright, on behalf of David E. Englert. A special appearance was also made by Riley Walter, the Walter Law Group, as bankruptcy counsel for Sierra Foothills.

This insurance coverage/bad faith dispute relates to an underlying state court action initiated against Sierra Foothills by David E. Englert and entitled *Englert v. Sierra Foothills Public Utility District, et al.* in which a $1,765,943 judgment was entered against Sierra Foothills on March 19, 2004.

Following extensive settlement discussions in this complex litigation, the Court finds that further, confidential discussions, as between attorney Riley Walter, on behalf of Sierra Foothills, and attorney James Betts, on behalf of David E. Englert, would be fruitful towards settlement. Bankruptcy issues are to be examined and candidly discussed in furtherance of settlement negotiations. At the settlement

1  conference, and on the Record, David E. Englert and his counsel James Betts, agreed to submit to the
2  jurisdiction of this Court solely for the purposes of this confidentiality order.  Accordingly, for good
3  cause shown, the Court ORDERS as follows:
4      Any communications, written or oral, between counsel Riley Walter and counsel James
5      Betts which pertains in any way to this litigation or to the state court proceeding *Englert*
6      *v. Sierra Foothills Public Utility District, et al.,* shall:
7          (1)    be considered part of settlement discussions;
8          (2)    remain confidential until further order of this Court;
9          (3)    may not be used for any purpose other than for settlement purposes; and
10         (4)    if needed, James Betts and/or David E. Englert may consult another attorney to
11     obtain bankruptcy expertise.  In the event they do so, they are required to convey
12     to the attorney that they are bound by this confidentiality order.  The consulted
13     attorney will also be required to submit to this order, and that agreement must be
14     made before substantive matters are shared..
15 The Clerk of this Court shall provide service of this order on all counsel of record AND also on Counsel
16 James Betts (Betts and Wright 7108 N. Fresno Street, Suite 460, Fresno, California 93720) and Counsel
17 Riley Walter (Walter Law Group 7110 N. Fresno Street, Suite 400, Fresno, California 93720).

21 IT IS SO ORDERED.
22 **Dated:   November 18, 2005**           **/s/ Lawrence J. O'Neill**
   b9ed48                       UNITED STATES MAGISTRATE JUDGE