James P. Wagoner, # 058553
Patrick Fredette, # 207284
Anthony L. Osborn, # 216611
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff
SIERRA FOOTHILLS PUBLIC UTILITY DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA FOOTHILLS PUBLIC UTILITY DISTRICT,<br><br>            Plaintiff,<br><br>   v.<br><br>CLARENDON AMERICA INSURANCE COMPANY and DOES 1 through 100,<br><br>            Defendant. | Case No.  1:05-cv-00736-REC-LJO<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL AND RELATED DATES** |

     The following Stipulation is entered into between Plaintiff Sierra Foothills Public Utility District ("Sierra Foothills") and Defendant Clarendon America Insurance Company ("Clarendon").  The parties to the above-entitled action by and through their respective counsel of record hereby agree and stipulate as follows:

     1.    This is an insurance bad faith lawsuit arising out of an underlying lawsuit entitled <u>David Englert v. Sierra Foothills</u>, Madera County Superior Court Case No. MCV 020596 ("<u>Englert</u>" lawsuit").  In that lawsuit, Englert asserted causes of action for breach of contract and wrongful termination in violation of public policy.

2.      On March 8, 2004, a jury trial commenced in the <u>Englert</u> lawsuit.  On the last day of trial, the jury returned a verdict in favor of Englert in the aggregate amount of $1,765,943.  On the same day as the jury verdict, the trial court entered judgment in favor of Englert.  This judgment is currently on appeal with the Fifth District Court of Appeal in Fresno.

3.      Sierra Foothills filed its complaint in this matter on or about May 5, 2005, in Fresno County Superior Court.

4.      Clarendon removed this matter to federal court on or about June 7, 2005.

5.      The parties attended a Scheduling Conference before the Honorable Lawrence J. O'Neill on October 20, 2006.  At the Scheduling Conference, the Court set the following deadlines:

  a.    Expert Disclosures:  June 5, 2006;

  b.    Supplemental Expert Disclosures:  June 12, 2006;

  c.    Nonexpert Discovery Cutoff and deadline for hearing related discovery motions (including motions to compel):  May 22, 2006;

  d.    Expert Discovery Cutoff and deadline for hearing related discovery motions (including motions to compel):  July 17, 2006;

  e.    Pretrial Motion Filing Deadline (except for the discovery motions referenced above):  July 31, 2006;

  f.    Pretrial Motion Hearing Deadline (except for the discovery motions referenced above):  September 5, 2006;

  g.    Pretrial Conference:  October 4, 2006 at 8:30 a.m. (before the Honorable Lawrence J. O'Neill); and

  h.    Jury Trial:  November 14, 2006 at 10 a.m. (before the Honorable Robert E. Coyle) (estimated at 10 days).

6.      At the October 20, 2005 Scheduling Conference, the parties agreed to attend an early settlement conference before the Honorable Lawrence J. O'Neill, whom

agreed to preside over such proceedings.  Thereafter, the parties' efforts were focused on preparing for the settlement conference.

7. On November 18, 2005, the parties (along with their client representatives) engaged in a settlement conference before the Honorable Lawrence J. O'Neill.  The settlement conference did not lead to a resolution of this dispute.

8. After the November 18, 2005 settlement conference, the parties engaged in written discovery.  The parties are in the process of substantial meet and confer efforts with respect to various discovery-related issues.

9. In addition to the above, the parties have been meeting and conferring over the past several weeks with respect to the scheduling of numerous depositions to take place in Michigan, Orange County, Los Angeles, Fresno and possibly Florida.  The parties anticipate taking, collectively, over twenty (20) depositions in this matter.  However, the parties have encountered difficulty identifying mutually convenient dates for depositions due to various conflicts.

10. Given upcoming deadlines, as set forth in paragraph 7, *supra*, the parties agree that a five-month continuance of the trial and related dates is appropriate and necessary to allow the parties to complete the substantial discovery which must still take place in this matter.

11. Based on the foregoing, THE PARTIES HEREBY STIPULATE THAT THE COURT SHOULD CONTINUE THE TRIAL AND RELATED DATES AS FOLLOWS:

    a. Expert Disclosures:  November 6, 2006;

    b. Supplemental Expert Disclosures:  November 13, 2006;

    c. Nonexpert Discovery Cutoff and deadline for hearing related discovery motions (including motions to compel):  October 23, 2006;

    d. Expert Discovery Cutoff and deadline for hearing related discovery motions (including motions to compel):  December 18, 2006;

e. Pretrial Motion Filing Deadline (except for the discovery motions referenced above): January 2, 2007;

f. Pretrial Motion Hearing Deadline (except for the discovery motions referenced above): February 6, 2007;

g. Pretrial Conference: March 7, 2007 at 8:30 a.m. (before the Honorable Lawrence J. O'Neill); and

h. Jury Trial: April 17, 2007 at 10 a.m. (before the Honorable Robert E. Coyle) (estimated at 10 days).

12. The parties also agree that, should any of the above-referenced proposed dates be inconvenient or unacceptable for any reason, the Court has the discretion to set other dates which are more convenient or acceptable.  However, counsel request that, in any event, the current dates and/or deadlines in this matter be continued for at least four (4) months.

Dated: March 16, 2006                              McCORMICK, BARSTOW, SHEPPARD
                                                   WAYTE & CARRUTH LLP


                                                   By: /s/ Anthony L. Osborn
                                                       James P. Wagoner
                                                       Anthony L. Osborn
                                                       Attorneys for Plaintiff,
                                                   NATIONAL UNION FIRE INSURANCE
                                                   COMPANY OF PITTSBURGH, PA


Dated: March 16, 2006                              WILKINS, DROLSHAGEN & CHESHINSKI


                                                   By: /s/ Alyson A. Berg
                                                       James H. Wilkins
                                                       Alyson A. Berg
                                                   CLARENDON AMERICA  INSURANCE
                                                   COMPANY

**ORDER**

The Court, having reviewed the Stipulation of the parties and finding good cause, hereby issues an Order continuing the following dates and deadlines in this matter as follows:

a. Expert Disclosures:  November 6, 2006;

b. Supplemental Expert Disclosures:  November 13, 2006;

c. Nonexpert Discovery Cutoff and deadline for hearing related discovery motions (including motions to compel):  October 23, 2006;

d. Expert Discovery Cutoff and deadline for hearing related discovery motions (including motions to compel):  December 18, 2006;

e. Pretrial Motion Filing Deadline (except for the discovery motions referenced above):  January 2, 2007;

f. Pretrial Motion Hearing Deadline (except for the discovery motions referenced above):  February 6, 2007;

g. Pretrial Conference:  March 7, 2007 at 8:30 a.m. (before the Honorable Lawrence J. O'Neill); and

h. Jury Trial: April 17, 2007 at 10 a.m. (before the Honorable Robert E. Coyle) (estimated at 10 days).

IT IS SO ORDERED.

**Dated:   March 20, 2006**              /s/ Lawrence J. O'Neill

66h44d                                                    UNITED STATES MAGISTRATE JUDGE