James H. Wilkins, #116364
Alyson A. Berg, #184795
WILKINS, DROLSHAGEN & CZESHINSKI LLP
7050 N. Fresno Street, Suite 204
Fresno, CA 93720
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant, CLARENDON AMERICA
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| SIERRA FOOTHILLS PUBLIC UTILITY DISTRICT, <br><br> Plaintiff, <br><br> v. <br><br> CLARENDON AMERICA INSURANCE COMPANY, and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO.  1:05-CV-00736-REC-LJO <br><br> **Date:** **March 31, 2006** <br> **Time:** **8:30 a.m.** <br> **Ctrm:** **8** <br> **Judge:** **Hon. Lawrence J. O'Neill** <br><br> **STIPULATION REGARDING CHANGE OF HEARING DATE ON MOTION TO COMPEL INITIAL DISCLOSURES; SPECIAL INTERROGATORIES AND DOCUMENT PRODUCTION** |

Defendant, CLARENDON AMERICAN INSURANCE COMPANY by and through its respective counsel of record, Wilkins, Drolshagen & Czeshinski LLP and Plaintiff SIERRA FOOTHILLS PUBLIC UTILITY DISTRICT by and through its respective counsel of record, McCormick, Barstow, Sheppard, Wayte & Carruth, hereby agree as follows:

CLARENDON AMERICAN INSURANCE COMPANY's Motion to Compel Initial Disclosures; Special Interrogatories and Document Production currently scheduled to be heard on March 31, 2006 **will be heard on April 14, 2006**, 8:30 a.m. in Courtroom 8.

///

///

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
7050 N. Fresno Street,
Suite 204
Fresno, CA 93720

Stipulation Regarding Change of Hearing Date on
Motion to Compel

Dated:  March 23, 2005.

WILKINS, DROLSHAGEN & CZESHINSKI LLP

By ___/s/ Alyson A. Berg_____
          Alyson A. Berg
Attorneys for Defendant CLARENDON AMERICA
INSURANCE COMPANY

Dated:  March 23, 2006.          McCORMICK, BARSTOW, SHEPPARD,
                                 WAYTE & CARRUTH

By___/s/ Anthony L. Osborn_____
          James P. Wagoner
          Anthony L. Osborn
Attorneys for Plaintiff SIERRA FOOTHILLS PUBLIC
UTILITY DISTRICT

## ORDER

On the basis of good cause and this Court's calendar, this Court ORDERS the parties, no later than April 11, 2006, to file their joint discovery dispute statement and related papers for defendant's discovery motion.  Unless this Court orders otherwise, it will consider defendant's discovery motion on the record and without oral argument or a hearing.

IT IS SO ORDERED.

**Dated:     March 24, 2006**          _____/s/ Lawrence J. O'Neill_____
66h44d                               UNITED STATES MAGISTRATE JUDGE

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
7050 N. Fresno Street,
Suite 204
Fresno, CA 93720

Stipulation Regarding Change of Hearing Date on          - 2 -
Motion to Compel