James H. Wilkins, #116364
Alyson A. Berg, #184795
WILKINS, DROLSHAGEN & CZESHINSKI LLP
7050 N. Fresno Street, Suite 204
Fresno, CA 93720
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant, CLARENDON AMERICA INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| SIERRA FOOTHILLS PUBLIC UTILITY DISTRICT,<br><br>            Plaintiff,<br><br>    v.<br><br>CLARENDON AMERICA INSURANCE COMPANY, and DOES 1 through 100, inclusive,<br><br>            Defendants. | CASE NO.  1:05-CV-00736-REC-LJO<br><br>**STIPULATION AND ORDER PERMITTING EACH PARTY TO PROPOUND UP TO FORTY INTERROGATORIES** |

The following Stipulation is entered into between Plaintiff, SIERRA FOOTHILLS PUBLIC UTILITY DISTRICT and Defendant, CLARENDON AMERICAN INSURANCE COMPANY. The parties, by and through its respective counsel of record, hereby agree and stipulate as follows:

1.   This is an insurance bad faith lawsuit arising out of an underlying lawsuit entitled David Englert v. Sierra Foothills, Madera County Superior Court Case No. MCV 020596.

2.   The parties have been engaged in significant written discovery in this matter over the past several months.

///

///

Stipulation and [Proposed] Order Permitting Each Party to Propound up to Forty Interrogatories

3. The parties believe that, based upon the nature and extent of the various factual and legal issues implicated by this lawsuit, the statutorily-proscribed limit of twenty-five interrogatories will not adequately allow the parties to prepare for trial.

4. The parties believe that, based upon the foregoing, a Court Order permitting the parties to propound an additional 15 interrogatories (with an aggregate limit of forty interrogatories) is warranted.

5. Based on the foregoing, THE PARTIES HEREBY STIPULATE THAT THE COURT SHOULD permit them to each propound up to forty interrogatories in this matter.

6. The parties believe the Order requested herein will not delay the prosecution of this matter and, to the contrary, believe the additional discovery could streamline the number of issues in dispute as this matter proceeds forward.

Dated: March 27, 2005.                    WILKINS, DROLSHAGEN & CZESHINSKI LLP


By     /s/ Alyson A. Berg
            Alyson A. Berg
Attorneys for Defendant CLARENDON AMERICA INSURANCE COMPANY

Dated: March 28, 2006.                    McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH


By    /s/ Anthony L. Osborn
            James P. Wagoner
            Anthony L. Osborn
Attorneys for Plaintiff SIERRA FOOTHILLS PUBLIC UTILITY DISTRICT

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
7050 N. Fresno Street,
Suite 204
Fresno, CA 93720

- 2 -

Stipulation and [Proposed] Order Permitting Each Party to Propound up to Forty Interrogatories

**ORDER**

The Court, having reviewed the attached Stipulation of the parties and finding good cause with respect thereto, hereby issues an Order permitting each party to propound a total of forty interrogatories in this matter.

IT IS SO ORDERED.

**Dated:   March 28, 2006**                          /s/ Lawrence J. O'Neill
66h44d                                                              UNITED STATES MAGISTRATE JUDGE

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
7050 N. Fresno Street,
Suite 204
Fresno, CA 93720

- 3 -

Stipulation and [Proposed] Order Permitting Each Party to Propound up to Forty Interrogatories