James H. Wilkins, #116364
Alyson A. Berg, #184795
WILKINS, DROLSHAGEN & CZESHINSKI LLP
7050 N. Fresno Street, Suite 204
Fresno, CA 93720
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant, CLARENDON AMERICA
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| SIERRA FOOTHILLS PUBLIC UTILITY DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>CLARENDON AMERICA INSURANCE COMPANY, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.  1:05-CV-00736-REC-LJO<br><br>**Date:** May 8, 2006<br>**Time:** 1:30 a.m.<br>**Ctrm:** 1<br>**Judge:** Hon. Robert E. Coyle<br><br>**STIPULATION REGARDING CHANGE OF HEARING DATES ON MOTIONS FOR SUMMARY JUDGMENT** |

Defendant, CLARENDON AMERICAN INSURANCE COMPANY by and through its respective counsel of record, Wilkins, Drolshagen & Czeshinski LLP and Plaintiff SIERRA FOOTHILLS PUBLIC UTILITY DISTRICT by and through its respective counsel of record, McCormick, Barstow, Sheppard, Wayte & Carruth LLP, hereby agree as follows:

1. CLARENDON AMERICAN INSURANCE COMPANY's Motion for Summary Judgment currently scheduled to be heard on April 24, 2006 **will be heard on May 8, 2006**, at 1:30 p.m. in Courtroom 1.

2. SIERRA FOOTHILLS PUBLIC UTILITY DISTRICT's Motion for Partial Summary Judgment as to the Issue of Clarendon's Duty to Defend currently scheduled to be heard on April 24,

2006 **will be heard on May 8, 2006**, at 1:30 p.m. in Courtroom 1.

Dated: April 14, 2006

WILKINS, DROLSHAGEN & CZESHINSKI LLP


By   /s/ Alyson A. Berg
      Alyson A. Berg
Attorneys for Defendant CLARENDON AMERICA INSURANCE COMPANY

Dated:  April 14, 2006.   McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH


By   /s/ Anthony L. Osborn
      James P. Wagoner
      Anthony L. Osborn
Attorneys for Plaintiff SIERRA FOOTHILLS PUBLIC UTILITY DISTRICT

**ORDER**

GOOD CAUSE APPEARING, it is ordered that CLARENDON AMERICA INSURANCE COMPANY'S Motion and SIERRA FOOTHILLS PUBLIC UTILITY DISTRICT"s Motion both currently scheduled for April 24, 2006 are continued to May 8, 2006.

Dated: April _17___, 2006.   _/s/ ROBERT E. COYLE_____
      Honorable Robert E. Coyle
      Judge of the United States District Court

G:\docs\LLucas\PROPOSED ORDERS\05cv736.wpd

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WILLKINS,
DROLSHAGEN &
CZESHINSKI LLP
7050 N. Fresno Street,
Suite 204
Fresno, CA 93720

Stipulation Regarding Change of Hearing Date on Motions for Summary Judgment — - 3 -