UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA FOOTHILLS PUBLIC UTILITY DISTRICT,<br><br>　　　　　Plaintiff,<br>　v.<br><br>CLARENDON AMERICA INSURANCE COMPANY,<br><br>　　　　　Defendant. | 1:05-CV-00736-REC-LJO<br><br>ORDER FOLLOWING INFORMAL TELEPHONIC CONFERENCE RE: RESCHEDULING DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND PLAINTIFF'S MOTION FOR PROTECTIVE ORDER (DOCS. 89, 90)<br><br>ORDER VACATING DATE FOR HEARING ON MOTIONS OF JUNE 9, 2006, AND CONTINUING HEARING ON MOTIONS (DOCS. 89, 90) |

**Continued hearing date: July 28, 2006**
**Time: 9:30 a.m.**
**Place: Courtroom 7**

　　　Plaintiff is proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c)(1) and 72-303.

　　　I. <u>Telephonic Conference</u>

　　　On June 7, 2006, at 2:18 p.m., the Court held an informal telephonic conference regarding the scheduling of Defendant's motion to compel documents responsive to initial disclosures and documents responsive to request for production of documents, set numbers one and two (Doc. 89), and Plaintiff's motion for a

1

1  protective order (Doc. 90), originally set for hearing on June 9,
2  2006. Participating telephonically on behalf of Plaintiff was
3  Anthony Osborn; participating telephonically on behalf of
4  Defendant was Alyson Berg.
5      The Court noted that it had received midday the courtesy
6  copies of the joint statement on Defendant's motion; it had not
7  received courtesy copies of the joint statement on Plaintiff's
8  motion; and because the case was assigned to another Magistrate
9  Judge, the Court had limited familiarity with the action. The
10 Court noted that because even the limited materials already
11 submitted in the form of courtesy copies were voluminous, the
12 time remaining under the period permitted by local rule for the
13 Court's consideration of the materials submitted pursuant to
14 Local Rule 37-251 was inadequate. Counsel for the parties
15 volunteered to continue the motions until a time convenient to
16 the Court, which was subsequently agreed upon as July 28, 2006,
17 at 9:30 a.m. Counsel's only concern was a potential need to
18 adjust dates in the scheduling order; however, counsel agreed to
19 work with each other with respect to the dates and to inform the
20 Court should adjustment appear to be necessary. The Court noted
21 that continuing the hearing on the two discovery motions would
22 permit the District Judge to determine before consideration of
23 discovery matters a pending motion for interlocutory review or
24 entry of final judgment and request for immediate stay (Doc. 92);
25 further, additional developments might occur in the state Supreme
26 Court.
27     Counsel for Plaintiff agreed to submit to the Court no later
28 than Friday, June 9, 2006, courtesy copies of all documents filed

by Plaintiff pursuant to Local Rule 37-251 in connection with Plaintiff's motion for protective order, including the joint statement, declaration, and all exhibits (Docs. 101-102).

II. Continuing the Hearing on the Motion

It IS ORDERED that the hearing on Defendant's motion to compel documents responsive to initial disclosures and documents responsive to request for production of documents, set numbers one and two (Doc. 89), and Plaintiff's motion for a protective order (Doc. 90), originally set for June 9, 2006, IS VACATED, and the hearing IS RESET for July 28, 2006, at 9:30 a.m., in the Courtroom of the undersigned Magistrate Judge.

IT IS SO ORDERED.

**Dated:   June 8, 2006**            /s/ Sandra M. Snyder
icido3                               UNITED STATES MAGISTRATE JUDGE