IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA FOOTHILLS PUBLIC UTILITY DISTRICT,<br><br>                    Plaintiff,<br>        v.<br><br>CLARENDON AMERICA INSURANCE COMPANY, and DOES 1 through 100, inclusive,<br><br>                    Defendants. | 1:05 CV 0736 AWI LJO (NEW DC)<br><br>ORDER MOVING HEARING ON PLAINTIFF'S MOTION FOR INTERLOCUTORY REVIEW OR ENTRY OF FINAL JUDGMENT AND REQUEST FOR A STAY TO JULY 3, 2006 |

   Plaintiff's motion for interlocutory review or entry of final judgment and request for immediate stay is pending in this action and is set for hearing on Monday, June 26, 2006.

   Because of the recent assignment of this action to the undersigned, it is necessary to reschedule the hearing on Plaintiff's motion.  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 26, 2006, is VACATED.  The hearing on this matter is set for July 3, 2006, at 1:30 p.m. in Courtroom 2.

IT IS SO ORDERED.

**Dated:     June 13, 2006**              /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE