**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SIERRA FOOTHILLS PUBLIC UTILITY DISTRICT,<br><br>            Plaintiff,<br><br>     v.<br><br>CLARENDON AMERICA INSURANCE COMPANY and DOES 1 through 100,<br><br>            Defendants. | CV F 05-0736  AWI SMS<br><br>ORDER VACATING JULY 3, 2006, HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

    Defendant's motion for interlocutory review or entry of final judgment and request for immediate stay is pending in this action and is set for hearing on July 3, 2006.   The court has reviewed the papers  and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 3, 2006, is VACATED, and the parties shall not appear at that time.  As of July 3, 2006, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:     June 27, 2006**                                            /s/ Anthony W. Ishii
0m8i78                                                            UNITED STATES DISTRICT JUDGE