James P. Wagoner, # 058553
Michele A. Carli, #140612
Annette A. Ballatore-Williamson, #192176
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:     (559) 433-2300

Attorneys for Plaintiff
SIERRA FOOTHILLS PUBLIC UTILITY
DISTRICT

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SIERRA FOOTHILLS PUBLIC UTILITY DISTRICT,**<br><br>    Plaintiff,<br><br>v.<br><br>**CLARENDON AMERICA INSURANCE COMPANY and DOES 1 through 100,**<br><br>    Defendant. | Case No.  1:05-cv-00736-AWI-SMS (NEW DC)<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL AND RELATED DATES** |

The following Stipulation is entered into between Plaintiff Sierra Foothills Public Utility District ("Sierra Foothills") and Defendant Clarendon America Insurance Company ("Clarendon").  The parties to the above-entitled action by and through their respective counsel of record hereby agree and stipulate as follows:

1.  This is an insurance bad faith lawsuit arising out of an underlying lawsuit entitled <u>David Englert v. Sierra Foothills</u>, Madera County Superior Court Case No. MCV 020596 ("<u>Englert</u> lawsuit").  In that lawsuit, Englert asserted causes of action for breach of contract and wrongful termination in violation of public policy.

2.  On March 8, 2004, a jury trial commenced in the <u>Englert</u> lawsuit.  On the last day of trial, the jury returned a verdict in favor of Englert in the aggregate amount of $1,765,943.  On the same day as the jury verdict, the trial court entered judgment in favor of Englert.  This judgment has been affirmed on appeal and is now final.

3. Sierra Foothills filed its complaint in this matter on or about May 5, 2005, in Fresno County Superior Court.

4. Clarendon removed this matter to federal court on or about June 7, 2005.

5. On November 18, 2005, the parties (along with their client representatives) engaged in a settlement conference before Magistrate Judge Lawrence J. O'Neill. The settlement conference did not lead to a resolution of this dispute.

6. After the November 18, 2005 settlement conference, the parties engaged in written discovery, and subsequently filed cross-motions for summary judgment and partial summary judgment. On May 17, 2006, the Court, through the Honorable Robert E. Coyle, granted Plaintiff's Motion for Partial Summary Judgment and denied Clarendon's Motion for Summary Judgment, finding that Clarendon had a duty to defend Plaintiff in the Englert lawsuit.

7. On May 25, 2006, Clarendon has filed a Motion for Interlocutory Review of the Court's Order Granting SFPUD's Motion for Partial Summary Judgment and Denying Clarendon's Motion for Summary Judgment. On June 8, 2006, this action was reassigned from Judge Coyle to Judge Anthony W. Ishii. Clarendon's Motion for Interlocutory Review was denied by Judge Ishii.

8. Subsequent to the Court's Order on the parties' cross-motions for summary judgment, the parties' mutually agreed to engage in a further settlement conference before Judge O'Neill, on August 24, 2006, at 9:00 a.m. Although said settlement conference did not result in a settlement of the matter, the parties further agree that the current trial and related dates, and corresponding discovery that must be undertaken to meet those deadlines, would have unduly hampered and interfered with the parties' mutual desire to engage in further and good faith settlement efforts.

9. Accordingly, the parties agree that a continuance of the trial and related dates is appropriate and necessary to allow the parties to complete the substantial discovery which must still take place in this matter.

10. Based on the foregoing, THE PARTIES HEREBY STIPULATE THAT THE COURT SHOULD CONTINUE THE TRIAL AND RELATED DATES AS FOLLOWS:

    a. Nonexpert Discovery Cutoff: March 9, 2007;

    b. Expert Witness Disclosures, including reports: April 9, 2007;

    c. Supplemental Expert Disclosures: April 23, 2007;

    d.    Expert Discovery Cutoff:  May 28, 2007;

    e.    Non-expert Discovery Motion Hearing Deadline:  May 28, 2007;

    f.    Expert Discovery Motion Hearing Deadline:  July 9, 2007;

    g.    Dispositive Motion Hearing Deadline:  July 9, 2007;

    h.    Pretrial Conference:  August 27, 2007 at 8:30 a.m.; and

    i.    Jury Trial: October 15, 2007 at 10 a.m. (before the Honorable Anthony W. Ishii) (estimated at 10 days).

11.    The parties also agree that, should any of the above-referenced proposed dates be inconvenient or unacceptable for any reason, the Court has the discretion to set other dates which are more convenient or acceptable.  However, counsel request that, in any event, the current dates and/or deadlines in this matter be continued for at least six (6) months.

Dated:  September 6, 2006                  McCORMICK, BARSTOW,

                                            SHEPPARDWAYTE & CARRUTH LLP

By: /s/ Annette A. Ballatore-Williamson

                          James P. Wagoner
                       Annette A. Ballatore-Williamson
                         Attorneys for Plaintiff,
         NATIONAL UNION FIRE INSURANCE
            COMPANY OF PITTSBURGH, PA

Dated:  July 18, 2006                         WILKINS, DROLSHAGEN & CHESHINSKI

By: /s/ Alyson A. Berg
                          James H. Wilkins
                          Alyson A. Berg
          CLARENDON AMERICA  INSURANCE
                            COMPANY

**ORDER**

The Court, having reviewed the Stipulation of the parties and finding good cause, hereby issues an Order continuing the following dates and deadlines in this matter as follows:

    a.    Nonexpert Discovery Cutoff:  March 9, 2007;

b. Expert Witness Disclosures, including reports:  April 9, 2007;

c. Supplemental Expert Disclosures:  April 23, 2007;

d. Expert Discovery Cutoff:  May 28, 2007;

e. Non-expert Discovery Motion Hearing Deadline:  May 28, 2007;

f. Expert Discovery Motion Hearing Deadline:  July 9, 2007;

g. Dispositive Motion Hearing Deadline:  July 9, 2007;

h. Pretrial Conference:  August 27, 2007 at 8:30 a.m. (before the Honorable Anthony W. Ishii); and

i. Jury Trial: **October 16, 2007 at 8:30 a.m.**  (before the Honorable Anthony W. Ishii) (estimated at 10 days).  (Please note date and time change).

IT IS SO ORDERED.

**Dated:   September 12, 2006**            /s/ Anthony W. Ishii
0m8i78                                                   UNITED STATES DISTRICT JUDGE