UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA FOOTHILLS PUBLIC UTILITY DISTRICT,<br><br>    Plaintiff,<br><br>  v.<br><br>CLARENDON AMERICA INSURANCE COMPANY and DOES 1 through 100,<br><br>    Defendant. | Case No.  1:05-cv-00736-LJO-NEW<br><br>**ORDER RE DISMISSAL WITH PREJUDICE [Rule 41(a)(1)]** |

  The parties herein, having previously stipulated to a dismissal with prejudice, each party to bear its own attorney's fees and costs of suit incurred herein, it is hereby ordered that this action shall be dismissed with prejudice as so stipulated.

79020/00000-1069210.v1 IT IS SO ORDERED.

Dated: **March 7, 2007**     /s/ Lawrence J. O'Neill

b9ed48            UNITED STATES DISTRICT JUDGE